## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.  TIMOTHY F. ORMISTON, II,    )<br>                                                       )<br>            Plaintiff,                            )<br>                                                       )<br>v.                                                   )<br>                                                       )<br>1.  C CASHION WINDOWS, LLC       )<br>     d/b/a RENEWAL BY ANDERSEN )<br>     OF OKLAHOMA CITY,              )<br>                                                       )<br>            Defendant.                         ) | Case No. CIV-15-946-R | |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** the parties, and hereby stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon.  Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 4th DAY OF MAY, 2016.**

| | |
|---|---|
| s/Leah M. Roper<br>Mark Hammons, OBA No. 3748<br>Amber L. Hurst OBA No. 21231<br>Leah M. Roper, OBA No. 32107<br>325 Dean A. McGee Ave.<br>Oklahoma City, Oklahoma 73102<br>Telephone: (405) 235-6100<br>Facsimile: (405) 235-6111<br>Email: leah@hammonslaw.com<br>*Counsel for Plaintiff* | s/Michael J. Lissau<br>*(Signed by filing party with permission)*<br>Michael J. Lissau, OBA # 18098<br>Nathaniel T. Haskins, OBA # 2585<br>HALL, ESTILL, HARDWICK,<br>GABLE, GOLDEN & NELSON, P.C.<br>320 South Boston Avenue, Ste. 200<br>Tulsa, OK 74103-3706<br>Telephone: (918) 594-0611<br>Facsimile: (918) 594-0505<br>Email: mlissau@hallestill.com<br>            nhaskins@hallestill.com |